IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Reese, Rudolph | Case Number: 07 B 04170 |
| | Judge: Squires, John H |
| Printed: 8/21/07 | Filed: 3/9/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: July 25, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 798.00 | |
| Secured: | | 45.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 709.90 |
| Trustee Fee: | | 43.10 |
| Other Funds: | | 0.00 |
| Totals: | 798.00 | 798.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,434.00 | 709.90 |
| 2. | AMC Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Illinois Dept of Revenue | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 1,300.00 | 0.00 |
| 5. | City Of Chicago | Secured | 500.00 | 45.00 |
| 6. | AMC Mortgage Services Inc | Secured | 15,968.00 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 61.59 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 142.99 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 90.96 | 0.00 |
| 10. | Illinois Dept of Revenue | Unsecured | 79.58 | 0.00 |
| 11. | City Of Chicago | Unsecured | 8.20 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 188.89 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 48.95 | 0.00 |
| 14. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 15. | Anderson Financial Network | Unsecured | | No Claim Filed |
| | | | $ 20,823.16 | $ 754.90 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 43.10 |
| | $ 43.10 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Reese, Rudolph

Printed:  8/21/07

Case Number:  07 B 04170
Judge:  Squires, John H
Filed:  3/9/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley*